UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:17-cr-120 |
| v. | ) | |
| | ) | Mattice/Steger |
| CHARLES BORDEN, JR. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, on or about April 11, 2017, within the Eastern District of Tennessee, the defendant, CHARLES BORDEN, JR., having previously been convicted in court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

NANCY STALLARD HARR
United States Attorney

By: _____
Kyle J. Wilson
Assistant United States Attorney