# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): McMinn County

Defendant Information:
Juvenile _____ Yes __X__ No      Matter to be Sealed: _____ Yes __X__ No

Defendant Name: Charles Borden, Jr.

Interpreter: No __X__ Yes _____ Language _____

Total # of Counts: __1__ Petty _____ Misdemeanor (Class ___) __X__ Felony

| | ORIGINAL U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18:922(g)(1) having previously been convicted in court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm. | 1 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT U.S.C. Citation(s) and Description of Offense Charged | New count? Y or N | New Count # | Old Count # (if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _____ Yes _____ Case No. _____

Related Case(s):

_____
Case Number       Defendant's attorney       How related

## Criminal Informations:
Pending criminal case: No _____ Yes _____ Case No. _____

New Separate Case _____    Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____    Appointed: _____

Date: August 22, 2017    Signature of AUSA: s/Kyle J. Wilson